DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLO V. DITTO,**
Appellant,

v.

**J.P. MORGAN CHASE BANK, N.A.,**
Appellee.

No. 4D16-4082

[October 26, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 2016CA002910XXXXMB.

Brian K. Korte of Korte & Wortman, P.A., West Palm Beach, for appellant.

Kimberly Hopkins and Ronald M. Gaché of Shapiro, Fishman & Gaché, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***